CO-386-online
10/03

# United States District Court
# For the District of Columbia

The Equal Rights Center, Jon )
Mitchiner, and Jean Boutcher )
)
)
          vs        Plaintiff )   Civil Action No._____
)
District of Columbia, Office of the )
Mayor )
)
          Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __The Equal Rights Center__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __The Equal Rights Center__ which have any outstanding securities in the hands of the public:

The Equal Rights Center is a 501(c)(3) corporation with no affiliates, parent companies or subsidiaries.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

445876
BAR IDENTIFICATION NO.

Scott Watkins
Print Name

1530 Connecticut Ave NW
Address

Washington  DC    20031
City        State    Zip Code

202 429 6439
Phone Number