UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE EQUAL RIGHTS CENTER,** *et. al.*,<br><br>　　　　　**Plaintiff,**<br><br>　v.<br><br>**DISTRICT OF COLUMBIA,**<br><br>　　　　　**Defendant.** | **Case No. 07-001838 (RCL)** |

NOTICE OF APPEARANCE

Will the Clerk of the Court please enter the appearance of Assistant Attorney General Toni Michelle Jackson as attorney for the District of Columbia.

Dated:　　November 16, 2007.　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　LINDA SINGER
　　　　　　　　　　　　　　　　　　Attorney General for the District of Columbia

　　　　　　　　　　　　　　　　　　GEORGE C. VALENTINE
　　　　　　　　　　　　　　　　　　Deputy Attorney General,
　　　　　　　　　　　　　　　　　　Civil Litigation Division

　　　　　　　　　　　　　　　　　　　　/s/Ellen Efros
　　　　　　　　　　　　　　　　　　ELLEN EFROS (250746)
　　　　　　　　　　　　　　　　　　Chief, Equity Section I

　　　　　　　　　　　　　　　　　　　　/s/Toni Michelle Jackson
　　　　　　　　　　　　　　　　　　TONI MICHELLE JACKSON (453765)
　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　441 Fourth Street, N.W., Suite 6S014
　　　　　　　　　　　　　　　　　　Washington, D.C. 20001
　　　　　　　　　　　　　　　　　　(202) 724-6602
　　　　　　　　　　　　　　　　　　(202) 727-3625 (fax)
　　　　　　　　　　　　　　　　　　E-mail:  toni.jackson@dc.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of November, 2007, I filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

Scott Watkins
Jose Ramon Gonzalez-Magaz
**STEPTOE & JOHNSON, LLP**
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036

E. Elaine Gardner
**WASHINGTON LAWYERS' COMMITTEE FOR
CIVIL RIGHTS AND URBAN AFFAIRS**
11 Dupont Circle, N.W., Ste. 400
Washington, D.C. 20036

                              /s/
TONI MICHELLE JACKSON
Assistant Attorney General