UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE EQUAL RIGHTS CENTER, *et. al.*,**<br>　　　　　**Plaintiffs,**<br>　　v.<br>**DISTRICT OF COLUMBIA,**<br>　　　　　**Defendant.** | Case No. 07-001838 (RCL) |

### UNOPPOSED MOTION TO ENLARGE TIME TO FILE A PLEADING IN RESPONSE TO THE PLAINTIFFS' PUTATIVE COMPLAINT

Defendant District of Columbia ("District"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. Rule 6(b), hereby respectfully requests that the Court grant the District's unopposed motion to enlarge the time by which it must file a pleading in response to the plaintiffs' Putative Complaint by an additional forty-five (45) days, up to and including January 5, 2008.

A Memorandum of Points and Authorities in support of this Motion to Enlarge is attached hereto. On November 16, 2007, undersigned counsel telephoned plaintiffs' counsel, Scott Watkins, to request plaintiffs' consent to the relief requested in this motion. Mr. Watkins indicated that his clients will not oppose the motion.

Dated:　　　November 16, 2007.　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　LINDA SINGER
　　　　　　　　　　　　　　　　　　　Attorney General for the District of Columbia

　　　　　　　　　　　　　　　　　　　GEORGE C. VALENTINE
　　　　　　　　　　　　　　　　　　　Deputy Attorney General,
　　　　　　　　　　　　　　　　　　　Civil Litigation Division

　　　　　　　　　　　　　　　　　　　       /s/Ellen Efros
　　　　　　　　　　　　　　　　　　　ELLEN EFROS (250746)
　　　　　　　　　　　　　　　　　　　Chief, Equity Section I

　　　　　　　　　　　　　　　　　　　       /s/Toni Michelle Jackson
　　　　　　　　　　　　　　　　　　　TONI MICHELLE JACKSON (453765)

Assistant Attorney General
441 Fourth Street, N.W., Suite 6S014
Washington, D.C. 20001
(202) 724-6602
(202) 727-3625 (fax)
E-mail:  toni.jackson@dc.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of November, 2007, I caused the foregoing UNOPPOSED MOTION TO ENLARGE TIME TO FILE A PLEADING IN RESPONSE TO THE PLAINTIFFS' PUTATIVE COMPLAINT to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

Scott Watkins
Jose Ramon Gonzalez-Magaz
**STEPTOE & JOHNSON, LLP**
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036

E. Elaine Gardner
**WASHINGTON LAWYERS' COMMITTEE FOR
CIVIL RIGHTS AND URBAN AFFAIRS**
11 Dupont Circle, N.W., Ste. 400
Washington, D.C. 20036

　　　　/s/Toni Michelle Jackson
TONI MICHELLE JACKSON
Assistant Attorney General

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE EQUAL RIGHTS CENTER,** *et. al.*,<br>　　　　　**Plaintiffs,**<br>　　v.<br>**DISTRICT OF COLUMBIA,**<br>　　　　　**Defendant.** | Case No. 07-001838 (RCL) |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE DEFENDANT'S UNOPPOSED MOTION TO ENLARGE TIME TO FILE A PLEADING IN RESPONSE TO THE PLAINTIFFS' PUTATIVE COMPLAINT

Defendant District of Columbia ("District"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. Rule 6(b), hereby respectfully requests that the Court grant the District's motion to enlarge the time by which it must file a pleading in response to the plaintiffs' Putative Complaint by an additional forty-five (45) days, up to and including January 5, 2008.  The motion should be granted for the reasons set forth below:

1. The plaintiffs filed suit on October 11, 2007, alleging that the District has failed "to provide accommodations to deaf and hard of hearing persons so that those persons may adequately obtain the D.C. Government's services, benefits, activities, and programs."  *See* Complaint, at ¶1.

2. The District was served the Complaint on November 1, 2007.  A responsive pleading therefore is due on or before November 21, 2007.

3. Undersigned counsel was recently assigned to this case, and respectfully requests the additional time to enable her to investigate and file a responsive pleading in this matter.

4. Rule 6(b) of the Federal Rules of Civil Procedure gives the Court authority to grant parties additional time to come into compliance with any deadline imposed by other

3

enumerated rules.[1] The Court has wide discretion to grant such motions. *In re Buckingham Super Markets, Inc.*, 534 F.2d 976 (D.C. Cir. 1976). Given the facts discussed in the motion, the District respectfully requests that the Court grant the extension.

5. The plaintiffs will not be prejudiced by the granting of this motion as the Complaint was served on the District on November 1, 2007.

WHEREFORE, for the reasons stated herein, the District respectfully requests that this Court expand the time to file a responsive pleading by forty-five (45) days, up to and including January 5, 2007.

Dated:   November 16, 2007.         Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General,
Civil Litigation Division

       /s/Ellen Efros
ELLEN EFROS (250746)
Chief, Equity Section I

       /s/Toni Michelle Jackson
TONI MICHELLE JACKSON (453765)
Assistant Attorney General
441 Fourth Street, N.W., Suite 6S014
Washington, D.C. 20001
(202) 724-6602
(202) 727-3625 (fax)
E-mail:  toni.jackson@dc.gov

---

[1] Rule 6(b) lists certain exceptions—Rule 50(b) and (c)(2); 52(b); 59(b), (d), and (e); and 60(b)—none of which are applicable herein.