UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **EQUAL RIGHTS CENTER,** *et al.*, | ) ) ) | |
| **Plaintiff,** | ) ) | |
| v. | ) ) | Civil Action No. 07-1838 (RCL) |
| **DISTRICT OF COLUMBIA,** | ) ) ) | |
| **Defendant.** | ) ) ) | |

## ORDER

Upon consideration of defendant's unopposed motion [5] to enlarge time to file a pleading in response to plaintiffs' putative complaint, it is hereby

ORDERED that defendant's motion is GRANTED. Defendant's response to plaintiffs' putative complaint shall be filed no later than January 5, 2008.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, November 19, 2007.