AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Equal Rights Center                )
    Plaintiff(s)              )   **APPEARANCE**
                              )
                              )
    vs.                       )   CASE NUMBER   1:07-cv-01838 (RCL)
District of Columbia              )
                              )
    Defendant(s)              )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Michael Baratz   as counsel in this
                    (Attorney's Name)

case for:   Equal Rights Center
          (Name of party or parties)

January 3, 2008
Date

Signature

480607
BAR IDENTIFICATION

Michael Baratz
Print Name

1330 Connecticut Ave., NW
Address

Washington, DC 20036
City   State   Zip Code

202-429-3000
Phone Number