In the United States District Court
For the District of Columbia

| | |
|---|---|
| THE EQUAL RIGHTS CENTER et al., <br><br> Plaintiffs, <br><br> v. <br> DISTRICT OF COLUMBIA, <br><br> Defendant. | Civil Action No. 07-01838 (RCL) <br><br> **UNOPPOSED MOTION TO ENLARGE TIME TO MOVE FOR CLASS CERTIFICATION** |

Plaintiffs The Equal Rights Center et al. (collectively "ERC"), by and through undersigned counsel and pursuant to D.C. Local Rule 23(b), hereby respectfully request that the Court grant the ERC's unopposed motion to enlarge the time by which it must file a motion to certify the class under Fed. R. Civ. P. 23(c)(1) by an additional sixty (60) days, up to and including March 11, 2008 (the actual 60-day date March 9, being a Saturday).

A Memorandum of Points and Authorities in support of this Motion to Enlarge is attached hereto. On January 3, 2008, undersigned counsel telephoned defendant's counsel, Toni Michelle Jackson, to request Defendant's consent to the relief requested in this motion. Ms. Jackson stated that the Defendant does not oppose the motion.

Dated: January 3, 2008

Respectfully Submitted,

/s/
Michael Baratz Bar No. 480607
Scott Watkins Bar No. 445876
Jose Ramon Gonzalez-Magaz
    Bar No. 474343
**STEPTOE & JOHNSON LLP**
1330 Connecticut Avenue, NW
Washington, D.C. 20036
Telephone: (202) 429-3000
Facsimile: (202) 429-3902

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of January 2008, I caused the foregoing UNOPPOSED MOTION TO ENLARGE TIME TO MOVE FOR CLASS CERTIFICATION to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

Toni Michelle Jackson
Assistant Attorney General
441 Fourth Street, N.W., Suite 65014
Washington, DC 20001

/s/ **Korey Barry**
Korey Barry

In the United States District Court
For the District of Columbia

| | |
|---|---|
| THE EQUAL RIGHTS CENTER et al., <br><br> Plaintiffs, <br><br> v. <br> DISTRICT OF COLUMBIA, <br><br> Defendant. | Civil Action No. 07-01838 (RCL) <br><br> MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS'' UNOPPOSED MOTION TO ENLARGE TIME TO MOVE FOR CLASS CERTIFICATION |

  Plaintiffs The Equal Rights Center et al. (collectively "ERC"), by and through undersigned counsel and pursuant to D.C. Local Rule 23(b), hereby respectfully requests that the Court grant the ERC's unopposed motion to enlarge the time by which it must file a motion to certify the class under Fed. R. Civ. P. 23(c)(1) by an additional sixty (60) days, up to and including March 11, 2008 (the actual 60-day date March 9, being a Saturday). Plaintiffs request that the motion be granted for the reasons set forth below:

1. Plaintiffs ERC filed a class action lawsuit on October 11, 2007, alleging that the District of Columbia ("Defendant") has failed to provide accommodations to deaf and hard of hearing persons so that those persons may adequately obtain the District services, benefits, activities, and programs. See Complaint, at ¶1.

2. Plaintiffs filed their Complaint on October 11, 2007. Pursuant to Local Rule 23(b), Plaintiff's Motion to Certify the Class is due on January 9, 2008. DC Local Rule 23(b) expressly grants the court the authority to extend that response period.

3. On or about November 14, 2007, the District requested and obtained consent from Plaintiffs for a forty-five (45) day extension to Answer the Complaint. The Answer is now due on Saturday, January 5, 2008 and is expected on Monday, January 7, 2008.

4.  The District has not yet served the Answer to the Complaint, such that Plaintiffs do not as of yet know the District's position on the allegations raised therein, including what may prove to be uncontested allegations in the Complaint that may bear on class certification.

5.  If view of the lack of an Answer, discovery has not been initiated. Plaintiffs expect that discovery will provide information that is currently within the District's exclusive knowledge and control which may bear on the factors underlying whether to certify the class. For example, only the District would have the identity of deaf persons who requested interpretive services for interaction with District agencies, as well as the nature of the District's response to those requests.

6.  Plaintiffs are prepared to initiate discovery within fifteen (15) days after service of the Answer on, *inter alia,* issues relevant to the certification decision. Given the allotted thirty (30) day responsive window, Plaintiffs believe that the requested sixty (60) day extension will provide sufficient time to incorporate information from the District's discovery responses into Plaintiffs' motion.

7.  Granting of the relief requested will not cause any prejudice. As shown by the initial request for a 45-day extension to answer, the District is in no rush to engage on the merits of this case. The Class, while having an obvious interest in the speedy resolution of the allegations, would nonetheless prefer that the Certification motion be as complete as possible.

WHEREFORE, for the reasons stated herein, the ERC respectfully requests that this Court expand the time to file a responsive pleading by sixty days, up to and including March 11, 2008.

Dated: January 3, 2008                                  Respectfully Submitted,

/s/
Michael Baratz Bar No. 480607
Scott Watkins Bar No. 445876
Jose Ramon Gonzalez-Magaz
    Bar No. 474343
**STEPTOE & JOHNSON LLP**
1330 Connecticut Avenue, NW
Washington, D.C. 20036
Telephone: (202) 429-3000
Facsimile: (202) 429-3902

In the United States District Court
For the District of Columbia

| | |
|---|---|
| THE EQUAL RIGHTS CENTER et al., <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, <br><br> Defendant. | Civil Action No. 07-01838 (RCL) <br><br><br> **ORDER** |

Upon consideration of Plaintiffs' Unopposed Motion to Enlarge Time to Move for Class Certification, it is hereby

ORDERED that the motion is granted. Plaintiffs' motion shall be due no later than March 11, 2008.

_____
Royce C. Lamberth
United States District Judge