UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| **EQUAL RIGHTS CENTER,** *et al.*, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-1838 (RCL) |
| | ) | |
| **DISTRICT OF COLUMBIA,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

Upon consideration of plaintiff's unopposed motion [8] to enlarge time to move for class certification, it is hereby

ORDERED that the motion is GRANTED. Plaintiff's motion shall be due no later than March 11, 2008.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, January 4, 2008.