UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUAL RIGHTS CENTER *et al.*<br><br>                    Plaintiffs,<br>     v.<br><br>DISTRICT OF COLUMBIA<br><br>                    Defendant. | Docket No. 1:07-CV-01838-RCL |

**Scheduling Order**

Upon consideration of the parties' Joint Rule 16.3 Report, it is hereby ORDERED as follows:

1. Parties shall serve initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) by not later than fourteen days after the date of this Scheduling Order.

2. The parties' discovery shall be subject to the following limits: Depositions shall be noticed at least 10 days in advance. Depositions shall not exceed seven hours in length, and may not spread over a period of more than two days, unless otherwise agreed to by the parties.

3. Non-expert discovery shall close on the 100th day following the date of this Scheduling Order. If the parties continue with expert discovery, then proponent expert reports will be due on the 120th day following the date of this Scheduling Order, rebuttal expert reports will be due on the 140th day following the date of this Scheduling Order, and that stage of discovery will close on the 180th day following the date of this Scheduling Order.

4. All amendments shall occur within 45 days from the date of this order.

1

5.	Plaintiffs' class certification motion shall be filed 45 days after the close of discovery, with defendant's opposition due 45 days thereafter, and plaintiffs' reply 15 days thereafter.

6.	Dispositive motions shall be filed 45 days after the close of discovery. The parties are ordered to meet not later than the 100th day following the date of this Scheduling Order, to make elections with respect to expert witnesses and to report to the Court accordingly.

**It is so ORDERED.**

Dated this 5th day of February, 2008.

```
 __/s/_____
```
Judge Royce C. Lamberth
United States District Court

2