In the United States District Court
For the District of Columbia

| | |
|---|---|
| THE EQUAL RIGHTS CENTER et al., <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, <br><br> Defendant. | Civil Action No. 07-01838 (RCL) |

## MOTION FOR *PRO HAC VICE* ADMISSION OF JOSE R. GONZALEZ-MAGAZ

Pursuant to Local Rule 83.2(d), Plaintiff Equal Rights Center respectfully moves this Court to admit Jose R. Gonzalez-Magaz *pro hac vice* to appear in the above-captioned action. The declaration required by Local Rule 83.2(d) is attached to this motion.

Dated: March 7, 2008

Respectfully Submitted,

/s/   Michael Baratz
Michael Baratz Bar No. 480607
Scott Watkins Bar No. 445876
**STEPTOE & JOHNSON LLP**
1330 Connecticut Avenue, NW
Washington, D.C. 20036
Telephone: (202) 429-3000
Facsimile: (202) 429-3902

In the United States District Court
For the District of Columbia

| | |
|---|---|
| THE EQUAL RIGHTS CENTER et al., <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, <br><br> Defendant. | Civil Action No. 07-01838 (RCL) |

## DECLARATION OF JOSE R. GONZALEZ-MAGAZ

I, Jose Ramon Gonzalez-Magaz, hereby declare under penalty of perjury that the following testimony to the best of my knowledge is true and correct. If called to testify to the matters stated in this Declaration I could and would testify truthfully thereto.

1. My name is Jose Ramon Gonzalez Magaz.

2. My office is located at Steptoe & Johnson LLP, 1330 Connecticut Avenue, NW, Washington, DC, 20036-1795 and my phone number there is 202.429.8110.

3. I am a member of the bar of the District of Columbia and the U.S. District Court of the District of Puerto Rico.

4. I have not been disciplined by any bar.

5. I have not been admitted *pro hac vice* in this court in the last two years.

6. I engage in the practice of law from an office located in the District of Columbia. I am a member of the District of Columbia Bar and my bar number is 474343.

Dated: March 7, 2008

Equal Rights Center

Respectfully Submitted,

_____
Jose Ramon Gonzalez-Magaz

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of March 2008, I caused the foregoing MOTION FOR *PRO HAC VICE* ADMISSION OF JOSE R. GONZALEZ-MAGAZ to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

Toni Michelle Jackson
Assistant Attorney General
District of Columbia Office of the Attorney General
441 Fourth Street, N.W., Suite 6S014
Washington, DC 20001
toni.jackson@dc.gov


Attorney for Defendant District of Columbia


/s/  **Korey Barry**
Korey Barry