UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE EQUAL RIGHTS CENTER,** *et. al.,*<br><br>PLAINTIFFS,<br><br>v.<br><br>**DISTRICT OF COLUMBIA,**<br><br>DEFENDANT. | CASE NO. 07-001838 (RCL) |

NOTICE OF SUBSTITUTION OF COUNSEL

Please take notice that Grace Graham, Assistant Attorney General, is hereby substituted for Toni Michelle Jackson, Assistant Attorney General, as counsel for Defendant District of Columbia in the above-captioned case. Please serve all future notices, orders, pleadings, testimony, correspondence, and/or other papers upon Grace Graham.

Dated:   March 13, 2008

Respectfully submitted,

PETER NICKELS
Acting Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Lit. Div.

_____/s/Ellen Efros_____
ELLEN EFROS (250746)
Chief, Equity Section I

_____/s/Toni Michelle Jackson_____
TONI MICHELLE JACKSON (453765)
Assistant Attorney General
441 Fourth Street, N.W., Suite 6S014
Washington, DC  20001
(202) 724-6602
(202) 727-3625 (fax)
E-mail:  toni.jackson@dc.gov

        /s/Grace Graham
GRACE GRAHAM (472878)
Assistant Attorney General
441 Fourth Street, N.W., Suite 600S
Washington, DC  20001
(202) 442-9784
(202) 727-3625
E-mail: grace.graham@dc.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of March, 2008, I caused the foregoing NOTICE OF SUBSTITUTION OF COUNSEL to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

Scott Watkins
Jose Ramon Gonzalez-Magaz
**STEPTOE & JOHNSON, LLP**
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036

E. Elaine Gardner
**WASHINGTON LAWYERS' COMMITTEE FOR
CIVIL RIGHTS AND URBAN AFFAIRS**
11 Dupont Circle, N.W., Ste. 400
Washington, D.C. 20036

        /s/Grace Graham
GRACE GRAHAM
Assistant Attorney General