### In the United States District Court
### For the District of Columbia

| | |
|---|---|
| THE EQUAL RIGHTS CENTER et al., <br><br>         Plaintiffs, <br><br>  v. <br> DISTRICT OF COLUMBIA, <br><br>         Defendant. | Civil Action No. 07-01838 (RCL) <br><br> **UNOPPOSED MOTION TO ENLARGE TIME TO AMEND THE COMPLAINT** |

Plaintiffs, by and through undersigned counsel, hereby respectfully request that the Court grant Plaintiffs' Unopposed Motion to Enlarge Time to Amend the Complaint by an additional seven (7) days, up to and including March 28, 2008.  The purpose of this extension is to substitute a named plaintiff and class representative.

A Memorandum of Points and Authorities in Support of this Motion to Enlarge Time is attached hereto.  Via email dated March 17, 2008, Defendant's counsel, Ms. Grace Graham, consented to the extension requested in this Motion.

Dated: March 19, 2008                                     Respectfully Submitted,

/s/_____
Scott Watkins Bar No. 445876
**STEPTOE & JOHNSON LLP**
1330 Connecticut Avenue, NW
Washington, D.C. 20036
Telephone: (202) 429-3000
Facsimile: (202) 429-3902

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 19rd day of March 2008, I caused the foregoing **UNOPPOSED MOTION TO ENLARGE TIME TO AMEND COMPLAINT** to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

Grace Graham
Assistant Attorney General
441 Fourth Street, N.W., Suite 600S
Washington, DC 20001
grace.graham@dc.gov


/s/  **Korey Barry**
Korey Barry

In the United States District Court
For the District of Columbia

| | |
|---|---|
| THE EQUAL RIGHTS CENTER et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>DISTRICT OF COLUMBIA,<br><br>　　　　　Defendant. | Civil Action No. 07-01838 (RCL)<br><br><br>MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION TO ENLARGE TIME TO AMEND THE COMPLAINT |

　　　　For the reasons set forth below, Plaintiffs, by and through undersigned counsel, hereby respectfully request that the Court grant Plaintiffs' Unopposed Motion to Enlarge Time to Amend the Complaint by an additional seven (7) days, up to and including March 28, 2008.

1.　　Plaintiffs filed this class action lawsuit on October 11, 2007, alleging that the District of Columbia ("Defendant") has failed to provide accommodations to deaf and hard of hearing persons so that those persons may adequately obtain the District services, benefits, activities, and programs. (Compl. ¶ 1.) Ms. Jean Boutcher was identified as a named plaintiff for the class.

2.　　Pursuant to the Court's Scheduling Order of February 5, 2008, amended pleadings are to be filed by March 21, 2008.

3.　　However, on March 8, 2008, Ms. Boutcher advised of her preference not to continue as a plaintiff due to heath concerns.

4.　　On March 13, 2008, to continue these important proceedings, Mr. David Nelson came forward as willing to appear as a named plaintiff and class representative, to replace Ms. Boutcher, who would remain a member of the class.

1

- 2 -

5.  Due to counsels' travel commitments and other logistical considerations (e.g., coordination for a qualified American Sign Language interpreter to allow for effective communication with Mr. Nelson needed to amend the complaint), unfortunately Plaintiffs' counsel are unable to file the Amended Complaint by March 21, 2008

6.  The requested extension to amend the complaint would not cause prejudice, as discovery is still in the early stages.

7.  Via email dated March 17, 2008, Defendant's counsel, Ms. Grace Graham, consented to the extension requested in this Motion.

WHEREFORE, for the reasons stated herein, Plaintiffs respectfully request that this Court extend the time to file an amended complaint by seven days, up to and including March 28, 2008.

Dated: March 19, 2008                              Respectfully Submitted,

/s/_____
Scott Watkins Bar No. 445876
**STEPTOE & JOHNSON LLP**
1330 Connecticut Avenue, NW
Washington, D.C. 20036
Telephone: (202) 429-3000
Facsimile: (202) 429-3902

**In the United States District Court
For the District of Columbia**

| | |
|---|---|
| THE EQUAL RIGHTS CENTER et al., <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, <br><br> Defendant. | Civil Action No. 07-01838 (RCL) <br><br><br> **ORDER** |

     Upon consideration of Plaintiffs' Unopposed Motion to Enlarge Time to Amend the Complaint, it is hereby

     ORDERED that the motion is granted.  Plaintiffs' Amended Complaint shall be filed by March 28, 2008.

_____
Royce C. Lamberth
United States District Judge