**In the United States District Court**
**For the District of Columbia**

| | |
|---|---|
| THE EQUAL RIGHTS CENTER et al., | Civil Action No. 07-01838 (RCL) |
| Plaintiffs, | |
| v. | |
| DISTRICT OF COLUMBIA, | **JOINT MOTION** |
| Defendant. | **FOR   LIMITED STAY** |

    The parties hereby jointly respectfully request that this Honorable Court grant this Joint Motion for Limited Stay of the Case up to and including July 28, 2008.  The purpose of this stay would be to allow the parties to work cooperatively in the development of practices and policies in the District of Columbia to address the needs of the deaf, and to seek D.C. Government approval for the same.

    A Memorandum of Points and Authorities in Support of this Joint Motion for Limited Stay of the Case is provided with this motion.  By email dated April 4, 2008, counsel for Defendant joined in the instant motion.

- 2 -

| | |
|---|---|
| Dated: April 4, 2008 | Respectfully Submitted, |
| | /s/ Michael Baratz |
| | Michael Baratz Bar No. 480607 |
| | Scott Watkins Bar No. 445876 |
| | **STEPTOE & JOHNSON LLP** |
| | 1330 Connecticut Avenue, NW |
| | Washington, D.C. 20036 |
| | Telephone: (202) 429-3000 |
| | Facsimile: (202) 429-3902 |
| | |
| | /s/ Grace Graham |
| | GRACE GRAHAM [472878] |
| | Assistant Attorney General |
| | 441 4th Street, N.W. |
| | 6th Floor North |
| | Washington, D.C. 20001 |
| | (202) 442-9784 (phone) |
| | (202) 727-3625 (fax) |
| | Grace.graham@dc.gov |

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of April 2008, I caused the foregoing **JOINT MOTION FOR LIMITED STAY** to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

Grace Graham<br>
Assistant Attorney General<br>
441 Fourth Street, N.W., Suite 600S<br>
Washington, DC 20001<br>
grace.graham@dc.gov

                                        /s/ **Korey Barry**
                                        Korey Barry

**In the United States District Court**
**For the District of Columbia**

| | |
|---|---|
| THE EQUAL RIGHTS CENTER et al., <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, <br><br> Defendant. | Civil Action No. 07-01838 (RCL) <br><br> **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF JOINT MOTION FOR LIMITIED STAY** |

  For the reasons set forth below, the parties hereby respectfully request that the Court grant the parties' Joint Motion for Limited Stay of the Case up to and including July 28, 2008.

1. Plaintiffs filed this class action lawsuit on October 11, 2007, alleging that the District of Columbia ("Defendant") has failed to provide accommodations to deaf and hard of hearing persons so that those persons may adequately obtain and receive the District's services, benefits, activities, and programs.  (Compl. ¶ 1.)

2. The parties have subsequently held several settlement discussions regarding this case.  Those discussions have involved a representative from Defendants' recently created Office of Disability Rights.

3. Defendant has indicated that the Office of Disability Rights is currently developing policies related to the manner in which Defendant provides interpretative services for communication between Defendant's agencies and the deaf and hard of hearing persons.  Defendant has further indicated that budget effects of the proposed policies require approval by the D.C. City Council, and (if approved) inclusion in the Defendant's annual budget submission to the U.S. Congress.

4.      Based on these representations, the parties have agreed that Plaintiff Equal Rights Center will work cooperatively with the Office of Disability Rights, providing suggestions and advice, regarding the formulation of the above-referenced policies.  The parties believe that such cooperation could address many of the underlying concerns that led to this lawsuit, thereby potentially limiting the remaining issues for settlement and/or trial.

5.      A stay through July 28, 2008 will cover approximately the time required to draft the policies and obtain approval by the D.C. Government (including consideration by the Office of the Mayor followed by independent consideration by the D.C. Counsel), and would give the parties an opportunity to reevaluate the status of this case relative to the approval process prior to Congressional consideration in the early Fall.

6.      Consistent with the proposed stay, the parties request that the due dates for all outstanding discovery responses be extended to July 28, 2008, and that all pending dates in the scheduling order be extended by four (4) months.

7.      The requested stay would not affect the filing of the Amended Complaint.  On March 19, 2008, Plaintiffs submitted an uncontested motion to extend the period to file that amended pleading until March 28, 2008.  As that motion is still under consideration by the Court, the parties respectfully request guidance from the Court as to how to proceed with respect to the uncontested filing of an Amended Complaint.

- 6 -

WHEREFORE, for the reasons stated herein, the parties respectfully request that this Honorable Court grant a four-month stay of the litigation proceedings in this case, up to and including July 28, 2008, and extend the due dates for discovery responses and under the scheduling order as proposed.

Dated: April 4, 2008                               Respectfully Submitted,

/s/ Michael Baratz_____
Michael Baratz Bar No. 480607
Scott Watkins Bar No. 445876
**STEPTOE & JOHNSON LLP**
1330 Connecticut Avenue, NW
Washington, D.C. 20036
Telephone: (202) 429-3000
Facsimile: (202) 429-3902

/s/ Grace Graham_____
GRACE GRAHAM [472878]
Assistant Attorney General
441 4th Street, N.W.
6th Floor North
Washington, D.C. 20001
(202) 442-9784 (phone)
 (202) 727-3625 (fax)
Grace.graham@dc.gov

**In the United States District Court
For the District of Columbia**

| | |
|---|---|
| THE EQUAL RIGHTS CENTER et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>DISTRICT OF COLUMBIA,<br><br>　　　　Defendant. | Civil Action No. 07-01838 (RCL)<br><br><br>**ORDER** |

Upon consideration of the parties' Joint Motion for Limited Stay, it is hereby

ORDERED that the motion is granted.  The due date for all outstanding discovery responses is extended to July 28, 2008.  All pending dates in the scheduling order are extended by four months. .

_____
Royce C. Lamberth
United States District Judge