**In the United States District Court
For the District of Columbia**

| | |
|---|---|
| THE EQUAL RIGHTS CENTER et al., <br><br> Plaintiffs, <br><br> v. <br> DISTRICT OF COLUMBIA, <br><br> Defendant. | Civil Action No. 07-01838 (RCL) <br><br><br> **ORDER** |

Upon consideration of Plaintiffs' Unopposed Motions [16] and [18] to Enlarge Time to Amend the Complaint, it is hereby

ORDERED that the motions are granted. Plaintiffs' Amended Complaint shall be filed by May 16, 2008.

_____/s/_____
Royce C. Lamberth
United States District Judge