**In the United States District Court
For the District of Columbia**

| | |
|---|---|
| THE EQUAL RIGHTS CENTER et al., | |
| Plaintiffs, | Civil Action No. 07-01838 (RCL) |
| v. | |
| DISTRICT OF COLUMBIA, | **ORDER** |
| Defendant. | |

Upon consideration of the parties' Joint Motion for Limited Stay, it is hereby

ORDERED that the motion is granted.  The due date for all outstanding discovery responses is extended to July 28, 2008.  All pending dates in the scheduling order are extended by four months.

SO ORDERED.

_____/s/_____
Royce C. Lamberth
United States District Judge