**In the United States District Court
For the District of Columbia**

| | |
|---|---|
| THE EQUAL RIGHTS CENTER et al., | |
| Plaintiffs, | Civil Action No. 07-01838 (RCL) |
| v. | |
| DISTRICT OF COLUMBIA, | **JOINT MOTION FOR LIMITED STAY** |
| Defendant. | |

    The parties hereby jointly respectfully request that this Honorable Court grant this Joint Motion for Limited Stay of the Case up to and including November 17, 2008. The purpose of this stay would be to allow the parties to continue to work cooperatively in the development of practices and policies in the District of Columbia to address the legal issues raised in this litigation and to continue to pursue settlement. If the parties are unable to reach settlement, at the conclusion of the stay, the parties would have 30 days to respond to currently pending discovery requests.

    A Memorandum of Points and Authorities in Support of this Joint Motion for Limited Stay of the Case is provided with this motion. By email dated July 10, 2008, counsel for Defendant joined in the instant motion.

Dated: July 11, 2008	Respectfully Submitted,

/s/ Michael Baratz_____
Michael Baratz Bar No. 480607
Scott Watkins Bar No. 445876
**STEPTOE & JOHNSON LLP**
1330 Connecticut Avenue, NW
Washington, D.C. 20036
Telephone: (202) 429-3000
Facsimile: (202) 429-3902

/s/ Grace Graham_____
Grace Graham [472878]
Assistant Attorney General
441 4th Street, NW
6th Floor North
Washington, DC 20001
202-442-9784 (phone)
202-727-3625 (fax)
grace.graham@dc.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of July 2008, I caused the foregoing **JOINT MOTION FOR LIMITED STAY** to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

Grace Graham
Assistant Attorney General
441 Fourth Street, N.W., Suite 600S
Washington, DC 20001
grace.graham@dc.gov


/s/  **Korey Barry**
Korey Barry

**In the United States District Court
For the District of Columbia**

| | |
|---|---|
| THE EQUAL RIGHTS CENTER et al., <br><br> Plaintiffs, <br><br> v. <br> DISTRICT OF COLUMBIA, <br><br> Defendant. | Civil Action No. 07-01838 (RCL) <br><br> **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF JOINT MOTION FOR LIMITIED STAY** |

      For the reasons set forth below, the parties hereby respectfully request that the Court grant the parties' Joint Motion for Limited Stay of the Case up to and including November 17, 2008.

1.     Plaintiffs filed this class action lawsuit on October 11, 2007, alleging that the District of Columbia ("Defendant") has failed to provide accommodations to deaf and hard of hearing persons so that those persons may adequately obtain and receive the District's services, benefits, activities, and programs.  (Compl. ¶ 1.)

2.     On April 18, 2008, this Court entered an Order [Docket No. 20] granting the parties' request for a four month stay through July 28, 2008, to allow the parties to pursue settlement.

3.     The parties have subsequently held several settlement discussions regarding this case. Those discussions have involved a representative from Defendant's recently created Office of Disability Rights.

4.     The Office of Disability Rights is currently developing policies related to the manner in which Defendant provides interpretative services for communication between Defendant's agencies and deaf and hard of hearing persons.  The Office of Disability Rights has worked cooperatively with Plaintiff Equal Rights Center, which has provided suggestions and advice, regarding the formulation of the above-referenced policies.

5.      Defendant has further indicated that the budget for the provision of these interpretive services has been approved by the D.C. City Council and will be included in the Defendant's annual budget submission to the U.S. Congress.

6.      Based on these discussions and representations, the parties have agreed that continued cooperation could address many of the underlying concerns that led to this lawsuit, thereby potentially limiting the remaining issues for settlement and/or trial.

7.      A stay through November 17, 2008, would allow the parties to determine budgetary funding and finalize the above-referenced policies.  Negotiations regarding settlement, which have been ongoing, would continue.

8.      Consistent with the proposed stay, the parties request that all pending dates in the scheduling order be extended by 113 days from the prior extension of that scheduling order which was granted on April 18, 2008.  Should the parties fail to reach settlement, the parties would have 30 days after the conclusion of the stay to respond to pending discovery requests.

   WHEREFORE, for the reasons stated herein, the parties respectfully request that this Honorable Court grant a stay of the litigation proceedings in this case, up to and including November 17, 2008, and extend the due dates for discovery responses and under the scheduling order as proposed.

Dated: July 11, 2008 				Respectfully Submitted,

/s/ Michael Baratz_____
Michael Baratz Bar No. 480607
Scott Watkins Bar No. 445876
**STEPTOE & JOHNSON LLP**
1330 Connecticut Avenue, NW
Washington, D.C. 20036
Telephone: (202) 429-3000
Facsimile: (202) 429-3902

/s/ Grace Graham_____
Grace Graham [472878]
Assistant Attorney General
441 4th Street, NW
6th Floor North
Washington, DC 20001
202-442-9784 (phone)
202-727-3625 (fax)
grace.graham@dc.gov

**In the United States District Court
For the District of Columbia**

| | |
|---|---|
| THE EQUAL RIGHTS CENTER et al., | Civil Action No. 07-01838 (RCL) |
| Plaintiffs, | |
| v. | |
| DISTRICT OF COLUMBIA, | **ORDER** |
| Defendant. | |

Upon consideration of the parties' Joint Motion for Limited Stay, it is hereby

ORDERED that the motion is granted. All pending dates in the scheduling order are extended by 113 days from the prior extension of that scheduling order which was granted on April 18, 2008. If settlement is not reached, at the conclusion of the stay, the parties will submit responses to pending discovery requests within 30 days.

                                                                                          _____
                                                                                          Royce C. Lamberth
                                                                                          United States District Judge