**United States District Court**
**For the District of Columbia**

| | |
|---|---|
| **EQUAL RIGHTS CENTER** *et al.,* | |
| **Plaintiffs,** | Civil Action No. 1:07-cv-01838 (RCL) |
| **v.** | |
| **DISTRICT OF COLUMBIA,** | |
| **Defendant.** | |

**Joint Stipulation of Dismissal With Prejudice**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, by and through undersigned counsel, hereby dismiss with prejudice this case in its entirety.

For the Defendant:

IRVIN B. NATHAN
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ Ellen Efros
ELLEN EFROS, D.C. Bar No. 250746
Chief, Equity I Section

/s/ Grace Graham
GRACE GRAHAM, D.C. Bar No. 472878
Assistant Attorney General
441 4th Street, N.W.
6th Floor South
Washington, D.C. 20001
(202) 442-9784 (phone)
(202) 741-8892 (fax)
Grace.graham@dc.gov

For the Plaintiffs:

<u>/s/ Joshua Taylor</u>
JOSHUA TAYLOR, D.C. Bar No. 486025
Steptoe & Johnson
1330 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone:

*and*

<u>/s/ E. Elaine Gardner</u>
E. ELAINE GARDNER, D.C. Bar. No. 271262
WASHINGTON LAWYERS' COMMITTEE FOR CIVIL RIGHTS AND URBAN AFFAIRS
11 Dupont Circle, NW Suite 400
Washington, DC 20036
Telephone:  (202) 319-1000

FILED:          June 7, 2011